IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, MICHIGAN
DEPARTMENT OF ENVIRONMENTAL
QUALITY and COUNTY OF WAYNE, a Michigan
Charter County,

        Plaintiffs,

        -vs-

ROUGE STEEL COMPANY,
and ROUGE INDUSTRIES, INC. a Delaware
corporation,

        Defendants.
        _____/

CIVIL NOS. 00-75452 and 00-75454

HON. VICTORIA A. ROBERTS

## **ORDER AMENDING CAPTION**

Pursuant to the Stipulation Amending Caption filed by the parties on March 7, 2006, IT IS HEREBY ORDERED that the caption be amended to name Severstal North America, Inc. as the defendant in lieu of Rouge Steel Company and Rouge Steel Industries, Inc.

IT IS ALSO ORDERED that the County of Wayne be removed from the caption as a party plaintiff.

                                    S/Victoria A. Roberts
                                    Victoria A. Roberts
                                    United States District Judge

Dated: March 9, 2006

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 9, 2006.
>
> s/Carol A. Pinegar
> Deputy Clerk